Cite as 2023 Ark. 8

# SUPREME COURT OF ARKANSAS

Opinion Delivered: February 9, 2023

IN RE MEMORY OF CHIEF JUSTICE
W.H. "DUB" ARNOLD

---

**PER CURIAM**

On February 1, 2023, W.H. "Dub" Arnold, a Clark County native who served this court with distinction as its chief justice from January 1997 through December 2003, died at the age of 87. The court extends its deepest condolences to his wife, Earlene, and the other members of his family, and we republish the sentiments of his judicial colleagues as expressed upon Chief Justice Arnold's retirement:

> Chief Justice Arnold has been a tireless champion of the independence of the judiciary, yet his advocacy has never been strident or overbearing. Instead, he has sought to persuade through common sense and good humor. These qualities, along with his abiding love for the judicial system and his earnest desire to maintain its distinctive role, are central to Chief Justice Arnold's life and work.

*In re Retirement of Chief Justice W.H. "Dub" Arnold*, 355 Ark. App'x 749 (2003) (per curiam).

As Chief Justice, he administered this court's general superintending control over the state courts. Much work was accomplished during Chief Justice Arnold's tenure, including: this court's discharge of its primary responsibility for implementation of amendment 80 to the Arkansas Constitution, which rewrote the judicial article; creation and initial development of the Arkansas Court Automation Project for the ultimate goal of connecting

all our state's circuit courts and district courts into a statewide automated system for case management and public access to case information; construction of the Justice Building's architecturally significant West Wing; establishment of the Arkansas Access to Justice Commission; evolution of the Arkansas Judiciary website from its 1996 creation into an informative public-information resource about the judicial branch of government.

We remember Chief Justice Arnold for his lifetime of service. Following graduation from Henderson State Teachers College in 1957, and from the Arkansas Law School's night program in 1963, he commenced a lengthy career in the law during which he variously maintained a private practice, served as Chair of the Arkansas Workers' Compensation Commission by gubernatorial appointment, and served as Prosecuting Attorney, Municipal Judge, Circuit-Chancery Judge, and Supreme Court Chief Justice by election. He was an accomplished man whose life and work are deeply admired and appreciated by this court.